UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MBL/TONI&GUY PRODUCTS, L.P., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL KENNARD, BETTY STOCK KENNARD, and TONI & GUY HAIRDRESSING ACADEMY, INC.,<br><br>Defendant(s). | NO. C0-P<br><br>ORDER TO SHOW CAUSE |

On April 14, 2009, Plaintiffs filed their verified complaint against Defendants Michael and Betty Kennard and Toni & Guy Hairdressing Academy, Inc. Dkt. No. 1. On April 28, 2009, Plaintiffs filed proof of Service of Summons upon all defendants, alleging proper service on all parties on April 17. Dkt. Nos. 12-14. The 20-day period in which Defendants were required by the federal rules of civil procedure to answer or otherwise respond expired on May 7, 2009.

On May 7, 2009, Defendant Michael Kennard, appearing as a *pro se* defendant, filed his answer to the verified complaint. Dkt. No. 15. The pleading does not purport to answer for any other party, nor could Mr. Kennard, who is not licensed to practice law in the State of Washington (*see* ¶ 6, Byers Decl. to Motion for Default, Dkt. No. 16), represent anyone other than himself. See Washington State Bar Assoc. v. Great Western Union Federal Savings & Loan Assoc., 91 Wn.2d 48, 57 (1978) ("The 'pro se' exceptions are quite limited and apply only if the layperson is acting solely *on his own behalf*.") (italics in original).

While Defendant Betty Kennard is entitled to represent herself if she chooses, the corporate entity of Toni & Guy Hairdressing Academy, Inc. must have certified legal representation: "A corporation may appear in federal court only through licensed counsel..." United States v. High

**ORDER TO
SHOW CAUSE - 1**

Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993). In any event, neither Betty Kennard nor Toni & Guy Hairdressing Academy, Inc. have appeared or filed answers within the statutory time limit.

IT IS ORDERED that Defendants Betty Kennard and Toni & Guy Hairdressing Academy, Inc. have 5 judicial days from the entry of this order to show cause why default should not be entered against them in accordance with Plaintiffs' request.

The clerk is directed to provide copies of this order to all parties and counsel of record.

Dated: May 12, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER TO
SHOW CAUSE - 2**