Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MBL/TONI&GUY PRODUCTS, L.P. and TONI&GUY HAIRDRESSING ACADEMY FRANCHISE, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL KENNARD, BETTY STOCK KENNARD; and TONI & GUY HAIRDRESSING ACADEMY, INC.,<br><br>Defendants. | No. CV9-501MJP<br><br>AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT |

## **AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT**

The Court finds that Plaintiffs MBL/TONI&GUY Products, L.P. and TONI&GUY Hairdressing Academy Franchise, LP (collectively, "TONI&GUY") and Defendants Michael Kennard and Betty Stock Kennard (collectively, "Defendants") (TONI&GUY and Defendants are collectively referred to as the "Parties") have agreed to the relief granted herein, as evidenced by their counsel's or individual signatures below. The Parties announced to the Court that all matters of facts and issues in controversy have been fully and finally compromised between them and are settled. The Court further finds that the agreed relief and restrictions are reasonable and

AGREED PERMANENT INJUNCTION AND
FINAL JUDGMENT
No. CV9-501MJP

necessary. After considering the pleadings, the evidence presented, the Preliminary Injunction previously issued, and the Parties' agreement to the relief granted herein, the Court issues the following Agreed Permanent Injunction and Final Judgment:

IT IS THEREFORE ORDERED, ADJUDGED, DECREED AND DECLARED that Defendants, jointly and severally, their agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them are permanently restrained and enjoined from, directly or indirectly:

    a. Using TONI&GUY®, TONI&GUY HAIRDRESSING®, TONI&GUY HAIRDRESSING ACADEMY® (the "Marks"), or any other name or marks confusingly similar to the Marks;

    b. Using the Marks in advertising, marketing, promoting, or sale of any goods or services at 203 W. Holly Street, Suite 206, Bellingham, Washington (the "Infringing Location"), at any other location, or otherwise;

    c. Using in any manner any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, or any combination thereof that would imitate, resemble, suggest, or be confusingly similar to the Marks at the Infringing Location or elsewhere; and

    d. Otherwise infringing the Marks.

IT IS FURTHER ORDERED that Defendants immediately deliver to TONI&GUY for destruction any and all labels, signs, prints, packages, wrappers, products, receptacles, advertisements and any other materials bearing the Marks.

IT IS FURTHER ORDERED that Defendants shall contact the State of Washington Secretary of State (Corporations Division), the Washington State Department of Revenue, the Washington State Department of Licensing Business Registration, the Washington State Department of Licensing Cosmetology Section, and the City of Bellingham (Business Licensing), and any and all other licensing or business registration bureaus to change the name of the corporation and licensing entity from Toni & Guy Hairdressing Academy, Inc. to Artistic Beauty

& Cosmetology Design, Inc., and shall provide proof of same to counsel for TONI&GUY by copying TONI&GUY's counsel on each name change application or correspondence;

IT IS FURTHER ORDERED that Defendants shall no longer use Toni & Guy Hairdressing Academy, Inc. or any other similar, or confusingly similar, name.

IT IS FURTHER ORDERED that Defendants must comply with the affirmative requirements of this Order within ten (10) business days from the date of this Order.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees and that this Court shall retain jurisdiction to enforce the provisions of this Order and any settlement agreement between the Parties.

IT IS FURTHER ORDERED, however, that if Defendants do not comply with any requirement of this Order, TONI&GUY shall recover (i) all actual and consequential damages, (ii) damages in the sum of Two Hundred Fifty Dollars ($250.00) for each day that Defendants have violated, or are in violation of, this Order, <u>and</u> (iii) all attorneys' fees that TONI&GUY has incurred, and will incur, arising from and related to this action and any enforcement of this Order or settlement agreement, currently in the amount of Fifty two thousand seven hundred fourteen dollars and no cents ($52,714.00).

IT IS FURTHER ORDERED that this is a final judgment that disposes of all claims and all parties and is not appealable.

SO ORDERED.

SIGNED this __27th___ day of __October____, 2009.

_____
Marsha J. Pechman
United States District Judge

AGREED PERMANENT INJUNCTION AND
FINAL JUDGMENT
No. CV9-501MJP

**AGREED AS TO FORM AND SUBSTANCE:**


**GRAHAM & DUNN PC**


By _____

    Douglas C. Berry, WSBA# 12291
    Daniel J. Oates, WSBA# 39334
    2801 Alaskan Way, Suite 300
    Seattle, WA 98121-1128
    Phone: (206) 624-8300
    Fax: (206) 340-9599
    Email: dbyers@grahamdunn.com, doates@grahamdunn.com
    Attorneys for Plaintiffs

    and

**HAYNES AND BOONE, LLP**

Deborah S. Coldwell
(*Admitted Pro hac vice*)
Altresha Q. Burchett-Williams
(*Admitted Pro hac vice*)
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000
Fax: (214) 651-5940
Email: deborah.coldwell@haynesboone.com,
altresha.burchett-williams@ haynesboone.com

AGREED PERMANENT INJUNCTION AND
FINAL JUDGMENT
No. CV9-501MJP

**DEFENDANTS**

_____
Michael Kennard


_____
Betty Cis Stock Kennard

AGREED PERMANENT INJUNCTION AND
FINAL JUDGMENT
No. CV9-501MJP

# CERTIFICATE OF SERVICE

This is to certify that on October 23, 2009, the foregoing document was electronically filed with the Clerk of the court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Defendants Michael Kennard and Betty Stock Kennard, pro se
2915 Eldridge Avenue
Bellingham, WA 98225-1504

                                                                          _____
                                                                          Daniel J. Oates